THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELAINE TINGLEY, | : | |
| Plaintiff, | : | 3:23-CV-01698 |
| | : | (JUDGE MARIANI) |
| v. | : | |
| SHEETZ, INC. | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 27th DAY OF MARCH 2025, upon consideration of Defendant's motion for summary judgment, (Doc. 19), and the parties' submissions, it is **HEREBY ORDERED THAT:** Defendant's motion for summary judgment, (Doc. 19), is **DENIED**.

Robert D. Mariani
United States District Judge